IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARDELIA MONROE, | ) | Case No. 2:10-CV-00183-FCD-EFB |
| | ) | |
| Plaintiff, | ) | ORDER APPROVING STIPULATION TO AMEND CAPTION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT IN LIEU OF UNITED STATES POSTAL SERVICE AND GENERAL SERVICES ADMINISTRATION |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Good cause appearing and plaintiff Ardelia Monroe and the United States of America having so stipulated, IT IS HEREBY ORDERED that:

1. The stipulation between the parties to substitute the United States of America as the named defendant in this action in lieu of the United States Postal Service and General Services Administration is hereby APPROVED.

2. Henceforth, the case caption on all pleadings in this action will reflect the United States of America as the sole defendant.

3. The Clerk of the Court will take appropriate steps to amend the docket to reflect the United States of America as the sole defendant in this action in lieu of the United States Postal Service and General Services Administration.

IT IS SO ORDERED.

DATED: April 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1